UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-215-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| ADEMOLA L. EJIRE | ) | |

Upon motion of the Defendant, it is hereby **ORDERED** that Docket Entry 15 be sealed until ordered unsealed by this Court.

This the 21 day of November, 2013.

TERRENCE W. BOYLE
United States District Judge