UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ademola L. Ejire**                        **Docket No. 5:13-CR-215-1BO**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ademola L. Ejire, who, upon an earlier plea of guilty to Mail Fraud, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 26, 2013, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Ademola L. Ejire was released from custody on June 22, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Upon his release, the defendant met with the probation officer and advised he has a need for mental health services to assist in his transition back to the community. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                   /s/ Julie Wise Rosa
Michael C. Brittain                      Julie Wise Rosa
Senior U.S. Probation Officer          U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 919-861-8675
                                           Executed On: July 01, 2016

### ORDER OF THE COURT

Considered and ordered this ___1___ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge