IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:13-CR-215-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER IN GARNISHMENT** |
| ) | |
| ADEMOLA L. EJIRE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC., - VALIC, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer of the Garnishee on May 24, 2016.

The defendant has been notified of their right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that the Garnishee pay a total of $111,179.44 to the Plaintiff.

The Check should be made payable to the **U. S. District Court** and mailed to the:

        U.S. District Court
        Post Office Box 25670
        Raleigh, North Carolina 27611

In order to ensure that the payment is credited properly, please ensure that Court Number <u>DNCE 513CR000215</u> is on the face of the check.

SO ORDERED, this the <u>2</u> day of <u>August</u>, 2016.

*Terrence Boyle*
United States District Judge