# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8675
Fax: 919-861-5555

**DATE:** January 17, 2018

**FROM:** Julie Wise Rosa
Senior U.S. Probation Officer

**SUBJECT:** EJIRE, Ademola L.
Case No.: 5:13-CR-215-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On November 26, 2013, pursuant to a guilty plea to Mail Fraud, Ademola L. Ejire appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 33 months imprisonment to be followed by 2 years supervised release.

The defendant was released from custody on June 22, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. Additionally, he has paid all of the court-ordered restitution ($470,139.22), and he has been on low intensity supervision since December 2016. His term of supervision is set to expire on June 21, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        _1-18-18_
Terrence W. Boyle                Date
U.S. District Judge

PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 5:13-CR-215-1BO

ADEMOLA L. EJIRE

On June 22, 2016, the above named was released from prison and commenced a term of supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: January 17, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __18__ day of __January__, 2018.

Terrence W. Boyle
U.S. District Judge